# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 2884 | **DATE** | 7/13/2004 |
| **CASE TITLE** | Brian Knade vs. Jerry Bohler, Warden | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] **ENTER MEMORANDUM OPINION:** Knade's application (Doc 9-1) for a certificate of appealability is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| SCT | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number: 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
JUL 1 4 2004

BRIAN KNADE, )
)
Plaintiff, )
)
vs. ) 04 C 2884
)
JERRY BOHLER, Warden, )
)
Defendant. )

## MEMORANDUM OPINION

CHARLES P. KOCORAS, Chief District Judge:

This matter comes before the court on Brian Knade's ("Knade") application for a certificate of appealability pursuant to 28 U.S.C. § 2253(c). For the reasons set forth below, the application is denied.

## BACKGROUND

Brian Knade is currently incarcerated at the Illinois River Correctional Center in Canton, Illinois. On June 16, 2004, we dismissed Knade's petition for a writ of habeas corpus as time-barred under 28 U.S.C. § 2244(d)(1)'s one-year limitations period. Knade now wishes to appeal that decision, but appellate proceedings cannot commence without a certificate of appealability either from this court or from a circuit judge of the Court of Appeals. 28 U.S.C. § 2253(c); Fed. R. App. Proc. 22(b).

## DISCUSSION

A court may issue a certificate of appealability for a decision dismissing a 28 U.S.C. § 2254 petition for writ of habeas corpus "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In order to make this showing, the applicant must demonstrate "that reasonable jurists could debate whether the challenges in his habeas petition should have been resolved differently or that his petition adequately shows a sufficient chance of the denial of a constitutional right that he deserves encouragement to proceed further." Rutledge v. U.S., 230 F.3d 1041, 1047 (7th Cir. 2000). However, when a district court denies a habeas petition on procedural grounds, without reaching the prisoner's underlying constitutional claim, the court will not issue a certificate of appealability unless the petitioner demonstrates both "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Because each of these requirements is a component of a threshold inquiry, a court can dispose of an application if it determines that there is no reasonable debate as to either the constitutional or procedural question. Id. at 485.

Knade's only argument contending that his petition should not have been dismissed as time-barred is that as a layman with little knowledge of the law he should not be held to the same standards as an attorney. We considered this issue in our June 16, 2004, dismissal of Knade's habeas petition, holding this justification insufficient to excuse Knade's tardy filing. Because we do not believe that a reasonable jurist would disagree with this procedural ruling, we need not reach Knade's allegations of constitutional violations and find that his present application does not merit certification to the appellate court under the Slack standard.

## CONCLUSION

For the reasons set forth above, Knade's application for a certificate of appealability is denied.

Charles P. Kocoras
Chief Judge
United States District Court

Dated: JUL 1 3 2004